UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 2543-W |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Actual) (Felony) |
| ESMERALDA HEREDIA-GALLEGOS, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about June 23, 2008, within the Southern District of California, defendant ESMERALDA HEREDIA-GALLEGOS, did knowingly and intentionally import approximately 50 grams or more, to wit: approximately 20.85 kilograms (45.87 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 31, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
7/3/08